468 A.2d 1095

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**William F. RYAN.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1983.

Decided Dec. 29, 1983.

Joseph A. Smyth, Jr., Dist. Atty., Ronald T. Williamson, Chief, Appeals Div., Asst. Dist. Atty., for appellant.

Frederick W. McBrien, III, Norristown, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

124

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., files a dissenting opinion.

McDERMOTT, Justice, dissenting.

Offering the approach which I proposed in my concurring opinion in *Commonwealth v. Crowley*, 502 Pa. 393, 466 A.2d 1009 (1983), I dissent from this court's *per curiam* affirmance of the Superior Court's order, reversing the trial court's judgment of sentence.